## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANTHONY MILLS, | : | Case No. 1:26-cv-191 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| ARLENE BLUTH, | : | |
| | : | |
| Defendant. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6)

The Court has reviewed the Report and Recommendation of United States Chief Magistrate Judge Stephanie K. Bowman (Doc. 6), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety.  Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Complaint (Doc. 5) is **DISMISSED WITH PREJUDICE**;

2. This case is hereby **TERMINATED** from the Court's docket; and

3. The Court, pursuant to 28 U.S.C. § 1915(a), **CERTIFIES** that an appeal of this Order would not be taken in good faith and **DENIES** Plaintiff leave to appeal in forma pauperis.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND